UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 18 P 3: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| COMMONWEALTH CARE ALLIANCE, HEALTH CARE FOR ALL, GLENN CRENSHAW, AND PAULA CRENSHAW, individually and on behalf of persons similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA PLC, ASTRAZENECA US, ZENECA, INC., AND ZENECA HOLDINGS, INC.,<br><br>Defendants. | Civil Action No. 05-0269 |

## CORPORATE DISCLOSURE STATEMENTS OF ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA PLC, ZENECA INC. AND ZENECA HOLDINGS, INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), and Local Rules 7.3(A) and 7.3(B), defendant AstraZeneca Pharmaceuticals LP states that it is a wholly-owned subsidiary of AstraZeneca PLC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), and Local Rules 7.3(A) and 7.3(B), defendant Zeneca Inc. states that it is a wholly-owned subsidiary of Zeneca Holdings Inc., which is a wholly-owned subsidiary of AstraZeneca PLC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), and Local Rules 7.3(A) and 7.3(B), defendant Zeneca Holdings, Inc. states that it is a wholly-owned subsidiary of AstraZeneca PLC.

AZ 93A Notice of Removal (Dist. Ct.)

Pursuant to Federal Rule of Civil Procedure 7.1(a), and Local Rules 7.3(A) and 7.3(B), defendant AstraZeneca PLC, specially appearing for purposes of this disclosure and without waiving any grounds that it may have to challenge service of process or the Court's personal jurisdiction over AstraZeneca PLC, states that it has no parent corporation or publicly held corporation that owns 10% or more of its stock. American Depository Receipts of AstraZeneca PLC are traded on the New York Stock Exchange.

AstraZeneca US is not a legal entity.

> Respectfully submitted,
>
> ASTRAZENECA PHARMACEUTICALS LP
>
> ASTRAZENECA PLC
>
> ZENECA, INC.
>
> ZENECA HOLDINGS, INC.
>
> By their attorneys,
>
> _____
> Harvey J. Wolkoff (BBO #532880)
> Joshua S. Levy (BBO #563017)
> Peter L. Welsh (BBO #643261)
> ROPES & GRAY
> One International Place
> Boston, Massachusetts 02110-2624
> (617) 951-7000

Dated: February 18, 2005

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 18, 2005 I caused a true copy of the above document to be served by mail upon counsel for Plaintiffs at the following addresses:

>Thomas M. Sobol
>One Main Street, 4th Floor
>Cambridge, MA 02142

>and

>Steve W. Berman
>1301 Fifth Avenue, Suite 2900
>Seattle, WA 98101

_____
Joshua S. Levy