UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 18 ᴾ 3:17

05  10335 DPW
DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| COMMONWEALTH CARE ALLIANCE, HEALTH CARE FOR ALL, GLENN CRENSHAW, AND PAULA CRENSHAW, individually and on behalf of persons similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA PLC, ASTRAZENECA US, ZENECA, INC., AND ZENECA HOLDINGS, INC., <br><br> Defendants. | Civil Action No. 05-0269 |

### CONSENT TO REMOVAL

Defendant AstraZeneca PLC, without waiving its right to contest personal jurisdiction and service of process, nevertheless consents to the removal of the above-captioned matter from Superior Court of the State of Massachusetts, County of Suffolk, to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §§ 1332, 1367, 1441, 1446 and Federal Rule of Civil Procedure 81(c).

Respectfully submitted,

ASTRAZENECA PLC

By its attorneys,

_____
Harvey J. Wolkoff (BBO #532880)
Joshua S. Levy (BBO #563017)
Peter L. Welsh (BBO #643261)
 ROPES & GRAY
 One International Place
 Boston, Massachusetts 02110-2624
 (617) 951-7000

Dated: February 18, 2005

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 18, 2005 I caused a true copy of the above document to be served by mail upon counsel for Plaintiffs at the following addresses:

Thomas M. Sobol
One Main Street, 4th Floor
Cambridge, MA 02142

and

Steve W. Berman
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

_____
Joshua S. Levy

LA1 647856v1

AZ 93A Notice of Removal (Dist. Ct.)　　-3-