UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | | |
|---|---|---|
| COMMONWEALTH CARE ALLIANCE, HEALTH CARE FOR ALL, GLENN CRENSHAW, AND PAULA CRENSHAW, individually and on behalf of persons similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA PLC, ASTRAZENECA US, ZENECA, INC., AND ZENECA HOLDINGS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05 CV 10-335-DPW |

## CERTIFICATE OF SERVICE

I, Peter L. Welsh, hereby certify that a copy of the STIPULATION TO EXTEND TIME

FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT AND

BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO REMAND was served

electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) or mailed pursuant to Fed. R. Civ. P.

5(b)(2)(B) by First Class Mail postage prepaid, this 7th day of March, 2005, to counsel of record

for each other party.

Respectfully submitted,

ASTRAZENECA
PHARMACEUTICALS LP
ASTRAZENECA PLC
ASTRAZENECA US
ZENECA, INC.
ZENECA HOLDINGS, INC.
By their attorneys,


"/s/" Peter L. Welsh
Peter L. Welsh (BBO #643261)
Harvey J. Wolkoff (BBO #532880)
Joshua S. Levy (BBO #563017)

ROPES & GRAY
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000
peter.welsh@ropesgray.com

Dated: March 7, 2005