UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| COMMONWEALTH CARE ALLIANCE, HEALTH CARE FOR ALL, GLENN CRENSHAW, AND PAULA CRENSHAW, individually and on behalf of persons similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA PLC, ASTRAZENECA US, ZENECA, INC., AND ZENECA HOLDINGS, INC.,<br><br>Defendants. | No. 05 CV 10-335-DPW |

### NOTICE OF FILING OF AMENDED SIGNATURE PAGE TO STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO REMAND CASE

Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca PLC, AstraZeneca US, Zeneca, Inc. and Zeneca Holdings, Inc.,[1] through their undersigned counsel, hereby file an amended signature page to the Stipulation to Extend Time for Defendants to Respond to Plaintiffs' Class Action Complaint and Briefing Schedule for Plaintiffs' Motion to Remand (the "Stipulation") (the amended signature page is attached hereto as Exhibit A). The Stipulation was filed in this action on March 7, 2005. Thereafter, it became apparent to the Defendants that one

---

[1] Defendants hereby do not generally appear, but make only a limited appearance for purposes of correcting a prior filing. In so doing, the Defendants do not waive any objection to the Court's jurisdiction or other defenses.

of the Defendants, Astrazeneca US, was inadvertently omitted from the Defendants listed on the signature block of the Stipulation.

WHEREFORE, the Defendants hereby file a new signature page to the Stipulation, as amended to include Astrazeneca US.

Respectfully submitted,

ASTRAZENECA
PHARMACEUTICALS LP
ASTRAZENECA PLC
ASTRAZENECA US
ZENECA, INC.
ZENECA HOLDINGS, INC.
By their attorneys,

"/s/" Peter L. Welsh_____
Peter L. Welsh (BBO #643261)
Harvey J. Wolkoff (BBO #532880)
Joshua S. Levy (BBO #563017)
  ROPES & GRAY
  One International Place
  Boston, Massachusetts 02110-2624
  (617) 951-7000
  peter.welsh@ropesgray.com

Dated: March 8, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) or mailed pursuant to Fed. R. Civ. P. 5(b)(2)(B), by First Class Mail, postage prepaid, this 8th day of March, 2005, to the counsel of record for each party.

"/s/"Peter L. Welsh (BBO #643261)
  ROPES & GRAY
  One International Place
  Boston, Massachusetts 02110-2624
  (617) 951-7000
  peter.welsh@ropesgray.com

Respectfully submitted,

| | |
|---|---|
| COMMONWEALTH CARE ALLIANCE, HEALTH CARE FOR ALL, GLENN CRENSHAW, PAULA CRENSHAW, | ASTRAZENECA PHARMACEUTICALS LP ASTRAZENECA PLC ASTRAZENECA US ZENECA, INC. ZENECA HOLDINGS, INC. |
| By their attorneys | By their attorneys, |
| "/s/" Thomas M. Sobol | "/s/" Peter L. Welsh |
| Thomas M. Sobol (BBO #471770) David S. Nalven (BBO #547220) | Peter L. Welsh (BBO #643261) Harvey J. Wolkoff (BBO #532880) Joshua S. Levy (BBO #563017) |
| HAGENS BERMAN LLP One Main Street, 4th Floor Cambridge, MA  02142 (617) 482-3700 | ROPES & GRAY One International Place Boston, Massachusetts 02110-2624 (617) 951-7000 peter.welsh@ropesgray.com |
| Steve Berman HAGENS BERMAN LLP 1301 Fifth Avenue, Suit 2900 Seattle, WA  98101 (206) 623-7292 | |

Dated: March 7, 2005

So ordered,

_____
Honorable Douglas P. Woodlock, U.S.D.J.