# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH CARE ALLIANCE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., *et al.*,<br><br>Defendants. | Civil Action No. 05-10335 DPW |

## PLAINTIFFS' PROPOSED SCHEDULING CONFERENCE AGENDA

Commonwealth Care Alliance ("CCA"), Health Care for All ("HCFA"), Glenn Crenshaw, and Paula Crenshaw ("Plaintiffs") hereby submit this Proposed Scheduling Conference Agenda in accordance with Local Rule 16.1(B). Plaintiffs submitted this Proposed Scheduling Conference Agenda to Defendants but to date they have failed to respond.

1. Oral argument regarding plaintiff's Motion to Remand.

2. Consideration of Joint Statement Pursuant to Local Rule 16.1, filed herewith.

DATED: April 4, 2005.

    Respectfully submitted,

    COMMONWEALTH CARE ALLIANCE,
    HEALTH CARE FOR ALL, GLENN
    CRENSHAW, and PAULA CRENSHAW.

    By their Attorneys

    HAGENS BERMAN SOBOL SHAPIRO LLP

    By   /s/ Thomas M. Sobol
        Thomas M. Sobol, BBO #471770

    Wanda Garcia, BBO #658066
One Main Street, Fourth Floor
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 462-3003

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol, hereby certify that on April 4, 2005, I served a copy of the foregoing Plaintiffs' Proposed Scheduling Conference Agenda on counsel to all parties to this proceeding by placing a copy of the same in the United States mail, properly addressed and first class postage prepaid.

    Harvey J. Wolkoff
Joshua S. Levy
Peter L. Welsh
ROPES & GRAY
One International Place
Boston, MA 02110-2624
(617) 951-7000

    By   /s/ Thomas M. Sobol
       Thomas M. Sobol