UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH CARE ALLIANCE,<br><br>                      Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., *et al.*,<br><br>                      Defendants. | Civil Action No. 05-10335 DPW |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We hereby certify pursuant to Local rule 16.1(D)(3), that we have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATED: April 2, 2005.

                                                  Respectfully submitted,

                                                  COMMONWEALTH CARE ALLIANCE

                                                  By _____

                                                  HAGENS BERMAN SOBOL SHAPIRO LLP

                                                  By _____
                                                 Thomas M. Sobol, BBO #471770
                                                 Wanda Garcia, BBO #658066
                                                 One Main Street, Fourth Floor

Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 462-3003

Of Counsel:

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594