UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

COMMONWEALTH CARE ALLIANCE
ET AL
    Plaintiffs,

        v.                        CIVIL ACTION
                                        NO. 05-10335-DPW

ASTRAZENECA PHARMACEUTICALS L.P.
ET AL,
    Defendants

### ORDER FOR REMAND

WOODLOCK, District Judge

    In accordance with this Court's Allowance of the Stipulation to Voluntary Remand and Extension of Defendant's Time to Answer (#17), it is hereby ORDERED that the above entitled action be, and it hereby is, REMANDED to the Superior Court of the Commonwealth of Massachusetts, Suffolk County for further proceedings.

                                        BY THE COURT,

                                        /s/ Michelle Rynne

                                        Deputy Clerk

DATED: April 13, 2005