


OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TO: _(handwritten address)_

RE:

CIVIL ACTION #: 05-10335-DPW

CRIMINAL #: _____

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ by the Honorable _____.

The following documents are included in our file and transmitted herewith:

(X) Certified copy of the docket entries;

( ) Certified copy of the transferral order;

(X) Original documents numbered _12, 10, 9, 17½_

( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date: 4/22/05        By: _____
                          Deputy Clerk

cc: Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____
Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)