

● **SENDER:** Complete items 1 and 2 when additional services are desired, and complete items 3 and 4.
Put your address in the "RETURN TO" Space on the reverse side. Failure to do this will prevent this card from being returned to you. **The return receipt fee will provide you the name of the person delivered to and the date of delivery.** For additional fees the following services are available. Consult postmaster for fees and check box(es) for additional service(s) requested.
1. ☐ Show to whom delivered, date, and addressee's address.    2. ☐ Restricted Delivery
     *(Extra charge)*                                                       *(Extra charge)*

| 3. Article Addressed to: | 4. Article Number |
|---|---|
|  | Type of Service:<br>☐ Registered   ☐ Insured<br>☐ Certified     ☐ COD<br>☐ Express Mail  ☐ Return Receipt for Merchandise |
|  | Always obtain signature of addressee or agent and <u>DATE DELIVERED</u>. |
| 5. Signature — Address<br>X *Paul Cull* | 8. Addressee's Address *(ONLY if requested and fee paid)* |
| 6. Signature — Agent<br>X |  |
| 7. Date of Delivery<br>5/10/05 |  |

PS Form **3811**, Mar. 1988    ★ U.S.G.P.O. 1988-212-865    **DOMESTIC RETURN RECEIPT**