

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152



FILED
CLERKS OFFICE
2005 MAY 16 P 2:55
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: _____
_____
_____
_____

RE:

CIVIL ACTION #: 05-10335-DPW

CRIMINAL #: _____

_____
_____

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ by the Honorable _____.

The following documents are included in our file and transmitted herewith:

(X) Certified copy of the docket entries;

( ) Certified copy of the transferral order;

(X) Original documents numbered _____

( ) _____

**DOCKETED**

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date: _____   By: _____
                              Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on May 9, 2005 and assigned the following case number: 05-269.

By: _____
     Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)

19